IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| SCOTTY DEAN FLOOD, | * |
| Plaintiff, | * |
| v. | Case No. 5:25-cv-00029-MTT-CHW |
| | * |
| OFFICER T EMMERT, et al, | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated July 9, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 9th day of July, 2025.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk